FILED

10/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-20-0418

WADE AYALA,

      Plaintiff, Counter-claim Defendant, and Appellee

  v.

GAIL STAFFORD,

      Defendant, Counter-Claimant, Third-Party Plaintiff, Appellant, and Cross-Appellee,

  v.

RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION, and EQUITY PROCESS MANAGEMENT, INC.

      Third-Party Defendants, Appellees, and Cross Appellants,

SADIE LYNN BARRETT, and DOES 1 – 10,

      Third Party Defendants and Appellees.

## ORDER GRANTING APPELLANT GAIL STAFFORD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Gail Stafford, having filed an Unopposed Motion for Extension of Time to File Opening Brief pursuant to Mont. R. App. P. 26(1), and cause appearing therefore;

IT IS HEREBY ORDERED that the Unopposed Motion is GRANTED and Appellant's opening brief will be due to be filed on or before November 29, 2020.

Dated this _____ day of _____2020.

_____

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 16 2020